FAREED KIAMIE, as Executor of NAJEEB KIAMIE, Deceased, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

Argued June 11, 1946; decided July 23, 1946.

*Martin M. Kolbrener* and *Julius Cutler* for appellant.

*Eugene T. O'Neill, Marshall F. Denenholz* and *Leo D. Fitzgerald* for respondent.

Judgment of the Appellate Division reversed, and order of Trial Term affirmed, with costs, in this court and in the Appellate Division, on the ground that the order of the Trial Term was not appealable to the Appellate Division. (See *Ripstoss* v. *N. Y. C. R. R. Co.*, 285 N. Y. 789.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE and FULD, JJ.